IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JOHN C. JENSEN,                )
                               )    CIV. S-04-686 GEB KJM
            Plaintiff,         )
                               )
     v.                        )
                               )    ORDER
JOHN E. POTTER, Postmaster     )
General of the U.S. POSTAL SERVICE,)
                               )
            Defendant.         )
_____)
```

On July 12, 2005, the parties filed a stipulation which seeks to modify the Status (Pretrial Scheduling) Order ("Rule 16 Order") filed on July 19, 2004. Since the parties agree to the modification and it can be granted without unduly impacting the Court's docket, the Rule 16 Order is modified as follows:

(1) The last hearing date for motions is October 11, 2005, at 9:00 a.m.

(4) The final pretrial conference is set for November 28, 2005, at 2:30 p.m.

IT IS SO ORDERED.

Dated: July 12, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge