IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. JENSEN, | ) |
| | ) 2:04-cv-00686-GEB-KJM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| JOHN E. POTTER, Postmaster | ) |
| General of the U.S. POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

On August 18, 2005, the government filed what it characterizes as an "Application to File <u>Under Seal</u> Exhibits in Support of Government's Motion in Limine." The government's reference to a "Motion in Limine" is bewildering since no such motion appears to be pending. Therefore it is unclear why the government opines its Application is ripe for decision. Accordingly, the Application is denied.

IT IS SO ORDERED.

Dated: August 19, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge