```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JOHN F. GISLA, SB #42829
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2740

 5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOHN C. JENSEN, | CIV S-04-0686-GEB-KJM |
|---|---|
| Plaintiff, | |
| v. | JOINT STIPULATION TO ELECT REFERRAL OF ACTION TO VDRP PURSUANT TO LOCAL RULE 16-271; ORDER |
| JOHN E. POTTER, Postmaster General of the U.S. POSTAL SERVICE, | |
| Defendant. | |

Pursuant to Local Rule 16-271, the parties hereby jointly agree to submit the above-entitled action to the Voluntary Dispute Resolution Program (VDRP).

DATED: September 19, 2005          McGREGOR W. SCOTT
                                   United States Attorney


                              By:   /s/ John F. Gisla
                                   JOHN F. GISLA
                                   Assistant United States Attorney
                                   Attorneys for the United States

1

```
1    DATED: September 16, 2005       /s/ Hartley D. Alley
                                     HARTLEY D. ALLEY
2                                    Attorney for Plaintiff
3

4
     IT IS SO ORDERED.
5
     DATED:  September 20, 2005
6
                                     /s/ Garland E. Burrell, Jr.
7                                    GARLAND E. BURRELL, JR.
                                     United States District Judge
8
```