UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN JENSEN, | ) | 2:04-cv-0686-GEB-KJM |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, Postmaster General of the U.S. POSTAL SERVICE, | ) ) ) | |
| Defendant. | ) | |

Plaintiff requests that Exhibit B to the Declaration of Jamie Chacon be filed under seal because "the defendant has an application to file the same document under seal, namely the Application to File Under Seal Exhibits in Support of Government's Motion in Limine." (Pl.'s Application to File Under Seal Ex. B. at 1.)  This statement reflects a misunderstanding of the record. Although the government filed an application, it was denied because the government failed to show that it was ripe for decision.  (Order filed Aug 22, 2005.)

////

////

////

1

1 | Plaintiff's Application fails to comply with Local Rule 39-
2 | 141.  Therefore, the Application is denied.  The Clerk of the Court
3 | shall return Exhibit B to Plaintiff's counsel.
4 | IT IS SO ORDERED.
5 | DATED:   September 28, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge