IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. JENSEN,            ) | |
|                            ) | 2:04-cv-0686-GEB-KJM |
|           Plaintiff,       ) | |
|                            ) | |
|      v.                    ) | |
|                            ) | ORDER |
| JOHN E. POTTER, Postmaster ) | |
| General of the U.S. POSTAL SERVICE,) | |
|                            ) | |
|           Defendant.       ) | |

The motions in limine filed on October 7, 2005, are denied without prejudice.  The procedure for presenting motions in limine will be discussed at any final pretrial conference held in this action.

IT IS SO ORDERED.

Dated:  October 7, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge