IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN C. JENSEN,                )
                               )
            Plaintiff,         )    2:04-cv-0686-GEB-KJM
                               )
       v.                      )    ORDER DISMISSING ACTION
                               )
JOHN E. POTTER, Postmaster General )
of the U.S. POSTAL SERVICE,    )
                               )
            Defendant.         )
_____)

      On November 7, 2005, the parties filed a "Stipulation for Dismissal; Order of Dismissal" ("Stipulation") which states: "The parties hereby stipulate that the complaint in this action be dismissed with prejudice.  Pursuant to the terms of the Settlement Agreement, the Court will retain jurisdiction to enforce the terms of the Settlement Agreement."

      Thus, the parties request the federal court to retain jurisdiction over their settlement agreement, even though they have not shown that settlement agreement to the judge and fail to show reason for the exercise of jurisdiction over any aspect of it.  "[T]he mere fact that the parties agree that the court should exercise

1

1 continuing jurisdiction [over their settlement agreement] is not
2 binding on the court." <u>Arata v. Nu Skin Int'l Inc.</u>, 96 F.3d 1265,
3 1269 (9th Cir. 1996).  Since the parties have not provided reason
4 justifying the exercise of jurisdiction over any aspect of their
5 settlement agreement, the parties' request is denied.
6          Inasmuch as the parties represent they have settled this
7 action and desire it dismissed, and nothing in their stipulation
8 indicates the settlement is contingent upon the Court retaining
9 jurisdiction over any aspect of their settlement agreement, this
10 action is dismissed pursuant to Federal Rule of Civil procedure
11 41(a)(1) as the parties requested in their Stipulation.  <u>See</u> <u>Oswalt v.
12 Scripto, Inc.</u>, 616 F.2d 191, 194 (5th Cir. 1980) (revealing that when
13 the parties' representations of settlement are tantamount to a
14 stipulated dismissal, a dismissal order should issue).  The Clerk of
15 the Court is directed to close this action.
16          IT IS SO ORDERED.
17 DATED:  November 8, 2005

                                    <u>/s/ Garland E. Burrell, Jr.</u>
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge